# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR3285-H |
| Plaintiff, | Booking No. 86870-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| SUSANA ERENDIRA RICO-CANCHOLA (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Susana Erendira Rico-Canchola. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 16, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-